LOUIS CRESCENZO et al., Appellants, v. JOSEPH RUBINOW et al., Respondents.—

Present—
MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. Settle order on notice.